## Third National Bank of Philadelphia, Appellant, *v.* Kerkeslager.

Argued April 19, 1909. Appeal, No. 111, Jan. T., 1909, by plaintiff, from order of C. P. No. 5, Phila. Co., June T., 1908, No. 2,605, discharging rule for judgment for want of a sufficient affidavit of defense in case of Third National Bank of Philadelphia v. Irvin C. Kerkeslager et al., Trustees of the Bankrupt Estate of Alexander Crow, Jr., and The Land Title & Trust Company. Before FELL, BROWN, MESTREZAT, POTTER and STEWART, JJ. Reversed.

OPINION BY MR. JUSTICE BROWN, June 22, 1909:

The same question is involved on this appeal as was disposed of in No. 110 to the present term, ante, p. 296, and, for the reasons therein given, the order of the court refusing judgment is reversed, and the record is remitted with direction that judgment be entered against The Land Title & Trust Company for want of a sufficient affidavit of defense, unless other legal or equitable cause be shown why such judgment should not be entered.